IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12-cv-01134-CMA-KMT


HAZHAR A. SAYED,

      Plaintiff,

v.

LT. NORVA COURTNEY, individual capacity,
DR. KLENKE WILLIAM, individual capacity,
LPN, HINIGER TWINKLE, individual capacity, and
UNKNOWN JOHN/JANE DOES, individual capacity,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Compel Discovery" (Doc. No. 21, filed October 11, 2012) is DENIED. Pursuant to Fed. R. Civ. P. 26(a)(1)(B)(iv), *pro se* actions brought by individuals in the custody of the United States, a state, or a state subdivision are a category of proceedings "exempt from initial disclosure." Fed. R. Civ. P. 26(a)(1)(B)(iv). Additionally, the local rules of this court provide that a scheduling order and orders for discovery are unnecessary in categories of proceedings listed in Fed. R. Civ. P. 26(a)(1)(B). D.C.COLO.LCivR 16.2.B.2. This court will determine at a later date when a scheduling conference will be set. However, the court declines to allow discovery prior to the entry of a scheduling order or discovery order.

Dated: October 15, 2012