**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01134-CMA-KMT

HAZHAR A. SAYED,

    Plaintiff,

v.

LT. NORVA COURTNEY, an Individual,
DR. KLENKE WILLIAM, an Individual,
HINIGER TWINKLE, LPN, an Individual, and
UNKNOWN JOHN/JANE DOES,

    Defendants.

---

**ORDER ADOPTING AND AFFIRMING FEBRUARY 5, 2013
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

    This case was referred to United States Magistrate Judge Kathleen M. Tafoya pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72.  (Doc. # 12.)  On February 5, 2013, Judge Tafoya issued a Recommendation, advising that Defendants' Motion to Dismiss (Doc. # 16) be granted in part and denied in part.  (Doc. # 32 at 17.)  The Recommendation stated that "[w]ithin fourteen days after service of a copy of the Recommendation, any party may serve and file written objections . . . ."  (*Id.*)  It also informed the parties that "[f]ailure to make timely objections may bar *de novo* review by the district judge of the magistrate judge's proposed findings and recommendations . . . ."  (*Id.*)  No party has filed objections.

"In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")). Having reviewed the Recommendation, the Court discerns no clear error on the face of the record and finds that Judge Tafoya's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Kathleen M. Tafoya (Doc. # 32) is AFFIRMED and ADOPTED as an Order of this Court. Pursuant to the Recommendation, it is

FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. # 16) is GRANTED IN PART as to dismissal of Plaintiff's first claim for relief and DENIED IN PART as to dismissal of Plaintiff's second claim.

DATED: February  26 , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge