**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-01134-RM-KMT | Date: | July 24, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

HAZHAR A. SAYED,                               Pro se (by phone)

    Plaintiff,

v.

LT. NORVA COURTNEY,                        Christopher Alber
DR. KLENKE WILLIAM,
LPN, HINIGER TWINKLE, and
UNKNOWN JOHN/JANE DOES,

    Defendants.

## COURTROOM MINUTES

**Motion Hearing**

**1:34 p.m.**      **Court in session.**

Court calls case. Appearance of counsel.

Discussion regarding document production related to October 14, 2011 incident.

Court advises Mr. Sayed that he may submit interrogatories or request for admissions to establish negatives, such as the fact that no medical treatment was rendered to him on a certain date, provided he has not already exceeded the discovery limitations.

**ORDERED**:   Plaintiff's Motion to Compel Discovery [57] is DENIED. Defendants have represented that they have produced all documents that are responsive and requested by Mr. Sayed. Defendants are under a continuing obligation to provide any additional documents that may be responsive to Mr. Sayed's requests.

**1:54 p.m.**      **Court in recess.**

Hearing concluded.
Total in-court time    00:20

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.