IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01134–RM–KMT

HAZHAR A. SAYED,

    Plaintiff,

v.

LT. NORVA COURTNEY, individual capacity,
DR. KLENKE WILLIAM, individual capacity,
LPN, HINIGER TWINKLE, individual capacity, and
UNKNOWN JOHN/JANE DOES, individual capacity,

    Defendants.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Status" (Doc. No. 70, filed Sept. 26, 2013) is GRANTED in part. Plaintiff is advised that his "Motion to Strike" (Doc. No. 46) was denied on March 21, 2013 (*see* Order, Doc. No. 48). The Clerk of Court is directed to send Plaintiff a copy of that Order (Doc. No. 48).

Dated: September 30, 2013