IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01134–RM–KMT

HAZHAR A. SAYED,

    Plaintiff,

v.

LT. NORVA COURTNEY, individual capacity,
DR. KLENKE WILLIAM, individual capacity,
LPN, HINIGER TWINKLE, individual capacity, and
UNKNOWN JOHN/JANE DOES, individual capacity,

    Defendants.

## ORDER

    Pursuant to the inquiry of the Plaintiff, the court has reviewed in camera the tape recording of the Preliminary Scheduling Conference on February 28, 2013 which began at 10:19 a.m. and concluded at 10:37 a.m.  Mr. Christopher Alber was present in person in the courtroom and Mr. Hazhar Sayed, Plaintiff, was present on the telephone.  (Minutes [Doc. No. 69] at 1.)  No other persons associated with the Defendants in any manner were either present in the courtroom nor were any voices other than those belonging to Mr. Sayed, Mr. Alber, the Court and the Court's Deputy Clerk heard at any other point on the tape recording.

Therefore it is **ORDERED**

Plaintiff Sayed's oral motion to bring into court certain unnamed persons who were allegedly threatening Plaintiff on February 28, 2014 during a hearing with this court is DENIED as lacking foundation.

Dated this 6th day of May, 2014.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge