**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-01134-RM-KMT

HAZHAR A. SAYED,

    Plaintiff,

v.

LT. NORVA COURTNEY, individual capacity,
DR. KLENKE WILLIAM, individual capacity,
LPN, HINIGER TWINKLE, individual capacity, and
UNKNOWN JOHN/JANE DOES, individual capacity.

    Defendants.

___

**ORDER SETTING CASE FOR TRIAL**
___

This matter has been scheduled for a **three-day jury trial** on the docket of Judge Raymond P. Moore in the U.S. District Court, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **February 9, 2015 at 9:00 a.m.**

A Trial Preparation Conference is set for **January 6, 2015 at 10:00 a.m.** Counsel who will try the case shall attend in person.

In the absence of a previously-imposed deadline, all motions to exclude expert testimony must be filed **sixty days** before the trial preparation conference.

**Fourteen days** before the trial preparation conference, counsel and any pro se party shall submit proposed jury instructions and verdict forms. The jury instructions shall identify the

source of the instruction and supporting authority, e.g., § 103, Fed. Jury Practice, O'Malley, Grenig, and Lee (5th ed.). The parties shall submit their instructions and verdict forms both via CM/ECF and by electronic mail to: **Moore_Chambers@cod.uscourts.gov** in Word Perfect format (Word Perfect 12 or a later version) or Word format. Verdict forms shall be submitted in a separate file from jury instructions. Within the jury instruction file, each jury instruction shall begin on a new page.

Each instruction should be numbered (e.g., "Plaintiff's Instruction No. 1") for purposes of making a record at the jury instruction conference. The parties shall attempt to stipulate to the jury instructions, particularly "stock" instructions and verdict forms.

In diversity cases where Colorado law applies, please submit instructions and verdict forms that conform to CJI-Civ 4th.

**Seven days** before the trial preparation conference, the parties shall file via CM/ECF (1) their proposed *voir dire* questions; (2) their witness lists; and (3) their exhibit lists. Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx. Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

To the extent the deadlines and other provisions of this order conflict with this Court's Practice Standards, this order shall control.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

    2)       sequestration of witnesses;

    3)       timing of presentation of witnesses and evidence;

    4)       anticipated evidentiary issues;

    5)       any stipulation as to fact; and

    6)       any other issues affecting the duration or course of the trial.

DATED this 7th day of May, 2014.

                                BY THE COURT:

                                RAYMOND P. MOORE
                                United States District Judge