**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-01134-RM-KMT

HAZHAR A. SAYED,

      Plaintiff,

v.

NORVA COURTNEY,

      Defendant.

---

**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO
TRANSPORT PLAINTIFF HAZHAR A. SAYED**

---

      Plaintiff Hazhar A. Sayed, CDOC #133608 is a necessary and material witness in a Trial

Preparation Conference scheduled to take place before the Honorable Raymond P. Moore on

January 6, 2015 at 10:00 a.m. at the United States District Court for the District of Colorado, 901

19th Street, Denver, Colorado 80294, Courtroom A601.  It is believed Mr. Sayed is currently

confined at the Sterling Correctional Facility, Sterling, Colorado.  In order to secure Mr. Sayed's

attendance at this Trial Preparation Conference, it is necessary that a Writ of Habeas Corpus Ad

Testificandum issue, ordering Mr. Sayed's custodian to produce him at the United States District

Court for the District of Colorado.

1

**ACCORDINGLY, IT IS ORDERED that:**

1.      A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court,

commanding the Warden of the Sterling Correctional Facility or the Warden of the CDOC

facility where Mr. Sayed is currently being housed and the Colorado Department of Corrections

to produce inmate, Hazhar A. Sayed, CDOC #133608 on January 6, 2015 at 10:00 a.m.  for a

Trial Preparation Conference to be held at the United States District Court for the District of

Colorado, 901 19th Street, Denver, Colorado 80294, until the completion of the proceeding or as

ordered by the Court, and thereafter to return Mr. Sayed to the Sterling Correctional Facility.

2.      The custodian is further ordered to notify the Court of any change in the custody

of Mr. Sayed and is ordered to provide the new custodian with a copy of this writ.

Dated this 10th day of December, 2014.

BY THE COURT:

_____
Raymond P. Moore
United States District Court Judge