## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter:   Tammy Hoffschildt | Date:  May 21, 2015 |

**CASE NO.   12-cv-01134-RM-KMT**

| | |
|---|---|
| HAZHAR A. SAYED, | Joshua Bugos<br>Brent Owen |
| Plaintiff, | |
| v. | |
| NARVA COURTNEY, | Christopher Alber<br>Jacquelynn Fredericks |
| Defendant. | |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**
**COURT IN SESSION**:     **9:00 a.m.**

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

Comments by the Court regarding its jury selection procedures, voir dire, and jury instructions.

**ORDERED:   Counsel shall e-mail proposed jury instructions to chambers. Proposed instructions and verdict form shall be submitted in word format.**

Discussion regarding sequestration of witnesses.

**ORDERED:  The sequestration rule will be in affect during trial.**

Comments by the Court regarding witnesses needing a Writ.

**ORDERED:** Plaintiff's Motion For Writ Of Habeas Corpus Ad Testificandum for Shawn Rivera (Filed 5/6/15; Doc. No. 141) is DENIED.

**ORDERED:** Plaintiff's Motion For Writ Of Habeas Corpus Ad Testificandum For Darren K. Chandler (Filed 5/6/15; Doc. No. 142) is DENIED.

**ORDERED:** Plaintiff's Unopposed Motion for Writ of Habeas Corpus Ad Testificandum for Hazhar a. Sayed (Filed 5/6/15; Doc. No. 140) is GRANTED.

Comments by the Court regarding exhibits.

Counsel is instructed that the first day of trial begins at 8:30 a.m.   Every day following, trial will begin at 9:00 a.m.

9:20 a.m.     Argument by Mr. Bugos.   Questions by the Court.

9:26 a.m.     Argument by Mr. Alber.   Questions by the Court.

**ORDERED:** Motion To Exclude Evidence Of Certain Grievances (Filed 4/21/15; Doc. No. 138) is DENIED with LEAVE to raise the issue at any time during the course of trial.

**ORDERED:** Motion To Exclude Evidence Of Plaintiff's Other Lawsuits (Filed 4/21/15; Doc. No. 137) is GRANTED.

**ORDERED:** Plaintiff's Motion In Limine To Exclude Evidence Of Prior Conviction And Length Of Sentence (Filed 4/20/15; Doc. No. 136) is GRANTED in PART and DENIED in PART, as specified on the record.

Further case discussion.

Discussion regarding Defendant's objection to Plaintiff's witness.

The Court states that the witness will be allowed to testify, as specified.

**ORDERED:** Defendant's Oral motion to amend caption to correct spelling of defendant's first name is GRANTED.   The correct spelling is "Narva", instead of "Norva".

**COURT IN RECESS**:      9:42 a.m.
**Total in court time**:      00:42
**Hearing concluded**