IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE RAYMOND P. MOORE**

Civil Action No. 12-cv-01134-RM-KMT

HAZHAR A. SAYED,

    Plaintiff,

v.

NARVA COURTNEY,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 23rd day of June, 2015.

BY THE COURT:

_____
Raymond P. Moore, U.S. District Judge

_____   _____
Counsel for Plaintiff                                   Counsel for Defendant